IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSE EDGAR BENITEZ | § | |
| Plaintiff, | § | |
| v. | § | Civ. Action No. 3:11-CV-145-M(BH) |
| TRACY TARANGO in her capacity as Field Office Director of the U.S. Department of Homeland Security, U.S. CITIZENSHIP & IMMIGRATION SERVICES, | § | |
| Defendants. | § | PTRL Management |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

**SO ORDERED this 21st day of July, 2011.**

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS